UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PERRIM ANDERSON,

                        Plaintiff,                **ORDER**
                                                        CV 09-1913 (JS)(ARL)

          -against-

COUNTY OF SUFFOLK, et al.,

                       Defendants.
---------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the plaintiff's letter application dated May 13, 2011, seeking to compel defendants to (i) provide full and complete responses to plaintiff's interrogatories and document demands; (ii) to respond to two supplemental document requests served on March 30, 2011 in letter form; (iii) to produce the Internal Affairs report. Defendants oppose the application.

      Plaintiff's motion is denied. It is clear from the application, that the plaintiff did not confer with defendants' counsel prior to making the motion. Local Rule 37.3 and the undersigned's individual rules require attorneys for the affected parties to confer in good faith in person or by telephone in an effort to resolve the disputes prior to seeking judicial intervention. Letter campaigns do not satisfy this obligation. Counsel for plaintiff and defendants are directed to meet and confer in good faith in an effort to resolve the issues concerning the interrogatories and document demands.

Dated: Central Islip, New York             **SO ORDERED:**
       May 20, 2011

                                               _____/s/_____
                                               ARLENE R. LINDSAY
                                               United States Magistrate Judge